DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| | | | |
|---|---|---|---|
| 046P15 | Carolina Marlin Club Marina Association, Inc. d/b/a Morehead-Beaufort Yacht Club v. Harry Preddy and Valerie Preddy | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA14-377)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot<br><br>**Ervin, J., recused** |
| 056P14-2 | Everette E. Kirby and wife, Martha Kirby, et al. v. North Carolina Department of Transportation | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-184)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Allowed |
| 058P15 | Fred Wally, Lavon Benton, Don Crowe, and George Martocchio v. The City of Kannapolis, a North Carolina Municipal Corporation | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA13-1425)<br><br>2. Plts' Motion to Amend PDR | 1. Denied<br><br>2. Allowed<br><br>**Ervin, J., recused** |
| 076P15 | State v. Cesario Zamora-Ramos | Def's *Pro Se* Motion for PDR (COA07-738) | Denied |
| 083P15 | Myra Lynne Combs v. Michael D. Robertson, Commissioner of North Carolina Division of Motor Vehicles | 1. Petitioner's Notice of Appeal Based Upon a Constitutional Question (COA14-709)<br><br>2. Petitioner's PDR Under N.C.G.S. § 7A-31<br><br>3. Respondent's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| 084P15 | State v. Curtis Louis Sangster | 1. Def's *Pro Se* Petition for *Writ of Mandamus* Filed 2 March 2015<br><br>2. Def's Pro Se Petition for *Writ of Mandamus* Filed 8 June 2015 | 1. Denied<br><br>2. Denied |
| 086P15-2 | State v. Charles Edwards McCrae | Def's *Pro Se* Motion for PDR | Denied |
| 087P15-2 | Sandra S. Cowart, Individually and as Trustee Under the Sandra S. Cowart Living Trust Dated July 1, 2004 v. Bank of America, N.C., Shapiro & Ingle, LLP, and CornishLaw, PLLC | Plt's *Pro Se* Motion to Order Urgent Permanent Preliminary Injunction Barring Sale of Home (COAP15-124) | Dismissed **06/17/2015** |